38 A.3d 796

**INDEPENDENT STATE STORE UNION and David Wanamaker, Individually and as Vice–President and Member of the Independent State Store Union, Appellants**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA LIQUOR CONTROL BOARD, Patrick J. Stapleton III, Chairman of Pennsylvania Liquor Control Board, Thomas F. Goldsmith, Board Member of Pennsylvania Liquor Control Board, and Robert S. Marcus, Board Member of Pennsylvania Liquor Control Board, Appellees**

Simple Brands, LLC, Intervenor.

Supreme Court of Pennsylvania.

Feb. 21, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of February, 2012, the Order of the Commonwealth Court is hereby **AFFIRMED.**